**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN MOFFITT, ) | No. CV 11-10610-AHS(CW) |
| ) Petitioner, ) | ORDER ACCEPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| WEST VALLEY DETENTION CENTER, ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made.[1] The court accepts the findings and recommendation of the Magistrate Judge.

//

//

//

---

[1] Petitioner has not filed a document entitled "Objections." However, since the filing of the Report and Recommendation, he has filed six letters, which the court may liberally construe as presenting his objections, if any.

**IT IS THEREFORE ORDERED** that judgment be entered summarily dismissing the Petition without prejudice.

DATED:     July 26, 2012

ALICEMARIE H. STOTLER
--------------------------------
ALICEMARIE H. STOTLER
United States District Judge
