**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN MOFFITT, | ) | No. CV 11-10610-AHS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WEST VALLEY DETENTION CENTER, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED:   July 26, 2012

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
United States District Judge